# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 19-3677

———————————————

Andre Saunders

*Petitioner - Appellant*

v.

Warden, FCI-Sandstone

*Respondent - Appellee*

——————————

Appeal from United States District Court
for the District of Minnesota

——————————

Submitted: November 6, 2020
Filed: November 17, 2020
[Unpublished]

——————————

Before LOKEN, GRUENDER, and GRASZ, Circuit Judges.

——————————

PER CURIAM.

Federal prisoner Andre Saunders appeals the district court's[1] order denying his 28 U.S.C. § 2241 habeas petition seeking restoration of 41 days of good conduct time

---

[1]The Honorable Susan Richard Nelson, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable David T. Schultz, United States Magistrate Judge for the District of Minnesota.

taken away, after a disciplinary hearing, when he was found guilty of possessing a cell phone discovered outside his living area at the FCI Morgantown facility. Following de novo review, we agree with the district court that "some evidence" supports the disciplinary hearing officer's decision. Forensic analysis showed that the phone had been used to call Saunders's cousin's phone number, a number not associated with any other of the facility's 900 inmates. We therefore affirm the judgment of the district court. See 8th Cir. R. 47B.

_____